MICHAEL JASON LEE (Bar No. 206110)
michael@mjllaw.com
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: (858) 550-9984

DAVID D. MESA (Bar No. 257488)
david.mesa@pierferd.com
**PIERSON FERDINAND LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: (415) 915-4415
Facsimile: (415) 890-4845

Attorneys for Applicant
DELORAZE LIMITED

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| *In re* Application of:<br><br>DELORAZE LIMITED<br><br>        Applicant<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents Under 28 U.S.C. § 1782 to Kotaro Shimogori for Use in Foreign Proceedings | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1

2

3        Pursuant to Federal Rule of Civil Procedure 7.1, Deloraze Limited, by and through its counsel, hereby discloses that:

4        Deloraze Limited: (i) is privately owned, (ii) does not have a parent corporation, and (iii) no publicly held corporation owns 10% or more of its stock.

5

6

7    DATED:      April 11, 2024        **LAW OFFICES OF MICHAEL JASON LEE, APLC**

8

9                                      By: /s/ Michael Jason Lee
                                            Michael Jason Lee (SBN 206110)
10                                          Attorney for Applicant
                                            DELORAZE LIMITED
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1.

CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1