MICHAEL JASON LEE (Bar No. 206110)
michael@mjllaw.com
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: (858) 550-9984

DAVID D. MESA (Bar No. 257488)
david.mesa@pierferd.com
**PIERSON FERDINAND LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: (415) 915-4415
Facsimile: (415) 890-4845

Attorneys for Applicant
DELORAZE LIMITED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| *In re* Application of:<br><br>DELORAZE LIMITED<br><br>Applicant<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents Under 28 U.S.C. § 1782 to Kotaro Shimogori for Use in Foreign Proceedings | Case No.<br><br>**DECLARATION OF SAVVAS KOUSOULOS IN SUPPORT OF DELORAZE LIMITED'S APPLICATION TO CONDUCT DISCOVERY PURSUANT TO 28 U.S.C. § 1782** |

I, Savvas Kousoulos, declare:

1. I am the Director of the firm Deloraze Limited ("Deloraze" or "Applicant").

2. I have personal knowledge of all facts alleged herein, except as to matters stated on information and belief, and as to those matters, I believe them to be true. If called to testify with regard to the facts alleged herein, I could do so competently.

3. Deloraze is a company registered in Cyprus in the business of providing payment consulting services for internet businesses. Deloraze's clients ("merchants") provide products and services to their respective customers in exchange for payments made by their customers via debit

DocuSign Envelope ID: 068CB342-18FA-48C1-A81C-B01E61B797A0

and credit cards, including those issued by Visa and Mastercard.

4. The Application relates to the funds owed to one of Deloraze's merchant clients (hereinafter, "D-Client"). Responsibility for the receipt and collection of these funds was contractually delegated to Deloraze in January 2023 as part of its payment consulting services, which include managing and collecting payments on behalf of the merchant.

5. As part of its services, Deloraze sources and engages third-party payment processors to act as intermediaries between banks and Deloraze's merchants to process debit and credit card payments. The payment processor in this matter is Pan Digital Network Limited ("PDN"), a UK limited liability company.

6. On information and belief, Respondent Kotaro Shimogori ("Respondent") is, and at all relevant times was, a director of PDN.

7. A payment processor typically has an existing arrangement with an "acquiring bank" who acquires (a/k/a processes) merchants' transactions through an electronic gateway, settles and clears the amounts in the merchants' accounts, and then transmits the merchants' funds, less the bank's earned fees, to the payment processor via bank transfer. Here, the acquiring bank was Equity Bank Limited.

8. Upon receiving transfers from the acquiring bank, a payment processor is supposed to transmit payment, less the payment processor's fee (usually a modest percentage of the gross amount processed), to the merchants, or to a payment processing facilitator like Deloraze. This represents the net payment from the merchant's customers for the merchant's products and/or services.

9. The role of transmitting revenues to merchants sourced from the card payments of their respective customers has been referred to in the e-commerce industry as a "paymaster" function. Accordingly, there are often four main parties to a typical merchant transaction: a) the merchant (Deloraze's client); b) the payment processing facilitator (Deloraze); c) the payment processor and paymaster (PDN); and d) the acquiring bank (Equity Bank Limited).

10. The dispute underlying the Application is centered on PDN's failure to remit approximately $290,000 to Deloraze, which PDN is believed to have received directly from Equity

DocuSign Envelope ID: 068CB342-18FA-48C1-A81C-B01E61B797A0

1 Bank Limited or through one or more entities PDN controls or subcontracted to, including, but not limited to AuthPay Ltd ("AuthPay").

11. On or about October 25, 2022, Deloraze identified PDN as a suitable payment processing partner for its merchant clients.

12. PDN and Deloraze engaged in several preliminary discussions in the weeks leading to October 25, 2022, with the entities entering into a Data, Logistics and Service Processing Agreement on December 5, 2022 ("Processing Agreement").

13. PDN agreed to operate as payment processor and paymaster to Deloraze/D-Client by disbursing the processed payments to D-Client, less the respective fees.

14. Prior to signing the Processing Agreement, Deloraze requested PDN to provide supporting documents to show PDN would be capable to provide the payment processing services described in the Processing Agreement, and in response, PDN provided Deloraze with a copy of an "Outsourced Agreement" between AuthPay and PDN identifying AuthPay as holding a qualifying merchant account with Equity Bank Limited.

15. Respondent Shimogori signed the Processing Agreement on behalf of PDN as its Director, on December 5, 2022. Georgios Papadopoulos, Director of Deloraze, signed on behalf of Deloraze on November 30, 2022.

16. Upon receipt of the funds, PDN was required to remit them (less its fee) to Deloraze.

17. PDN also was required to compile and send weekly Invoices (reflecting settlement reports) to Deloraze to help monitor and reconcile its clients' transactions, which it failed to do.

18. The first transaction was processed in January 2023 and the last transaction was processed in February or March 2023. No settlement reports or Invoices covering any transactions for Deloraze were ever received, thereby leaving several weeks of transactions unaccounted for.

19. PDN's first settlement payment was due to Deloraze on February 20, 2023. PDN did not remit a single payment to Deloraze and the payment issues remain unresolved. At present, Deloraze believes that PDN has failed and refuses to timely remit a total of approximately **$290,000.00** owed to Applicant.

20. On February 22, 2023 PDN sent an e-mail to Applicant in which it claimed the funds

were being used to offset $325,000 in fines imposed by Visa and Equity Bank Limited and attaching purported Visa "Global Brand Protection Program" letters reflecting Case ID Nos. 26221, 26222, 26223, 26224 and 26228, all regarding merchant name "PocketGym," along with a word document entitled "Merchant Details Deloraze Limited" showing PDN's acquirer information, purported descriptors used, and fee breakdown, as demonstrated in the screenshot from the PDN document provided below:

> Acquirer used for processing:
> Acquirer Name: Equity Bank Limited
> Acquirer Country: KENYA
> Descriptors: PocketGYM, DataWhizz
> MCC: 5399
>
> Fee breakdown per credit card infringement:
>
> 25,000 - Visa Fine
> 25,000 - Bank Fine
> 15,000 - Fee to the bank representative
> Total: 65,000 USD (per fine)
>
> 65,000 x 5 credit card infringement = 325,000 USD

21. In response to these issues, Applicant has repeatedly pressed PDN for supporting documents demonstrating the claimed $325,000 in fines and fees by Visa and Equity Bank Limited were actually imposed. To date, no such supporting documents have been provided by PDN.

22. Deloraze is a company registered in Cyprus with its principal place of business located in business located in 41 Themistoklis Dervis Street, Hawaii Tower, 1st Floor, Office 106, Nicosia, Cyprus.

DocuSign Envelope ID: 068CB342-18FA-48C1-A81C-B01E61B797A0

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed this 5th day of April 2024, in Cyprus.

By: *Savvas kousoulos*
    SAVVAS KOUSOULOS

5

DECLARATION OF SAVVAS KOUSOULOS IN SUPPORT OF APPLICATION FOR AN ORDER
PURSUANT TO 28 U.S.C. § 1782 FOR DISCOVERY FOR USE IN FOREIGN PROCEEDING